**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 14-50301 |
| Plaintiff - Appellee, | D.C. No. 5:13-cr-00036-VAP-1 |
| v. | |
| **BRIAN BLURTON,** | **MEMORANDUM**[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Argued and Submitted October 22, 2015
Pasadena, California

Before:     **KOZINSKI**, **IKUTA** and **OWENS**, Circuit Judges.

The district court erred by ordering restitution without disaggregating "the

losses, including ongoing losses, caused by the original abuse of [each] victim . . .

from the losses caused by the ongoing distribution and possession of images of that

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

original abuse, to the extent possible." <u>United States</u> v. <u>Galan</u>, No. 14-30145, slip op. at 9 (9th Cir. Nov. 4, 2015).

The restitution order is **VACATED** and the case is **REMANDED** for further proceedings consistent with <u>Galan</u>.